FILED
United States Court of Appeals
Tenth Circuit

**September 21, 2023**

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| STEVE OKSTAD, et al.,<br><br>Petitioners,<br><br>v.<br><br>SANTA FE NATURAL TOBACCO COMPANY, INC., et al.,<br><br>Respondents. | No. 23-705<br>(D.C. No. 1:16-MD-02695-JB-LF)<br>(D. N.M.) |
| SANTA FE NATURAL TOBACCO COMPANY, INC., et al.,<br><br>Petitioners.<br><br>v.<br><br>ANTHONY DUNN, et al.,<br><br>Respondents. | No. 23-706<br>(D.C. No. 1:16-MD-02695-JB-LF)<br>(D. N.M.) |

**ORDER**

These matters are before the court sua sponte to clarify the response deadlines. On September 15, 2023, both sides electronically submitted to this court petitions for permission to appeal the district court's class certification order. Defendants included a certificate of service indicating they served their petition on Plaintiffs on September 15, 2023. Pursuant to Fed. R. App. P. 5(b)(2), Plaintiffs' response to Defendants' petition would be due September 25, 2023. Plaintiffs did not include a certificate of service with

their petition. In accordance with 10th Cir. R. 25.4(A), the court set Defendants' response to Plaintiffs' petition due September 28, 2023. For consistency, both responses shall be due September 28, 2023.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
Chief Deputy Clerk