Case No. **23-705**

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**IN RE:** SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES MDL
PRACTICES LITIGATION

**PLAINTIFFS' MOTION TO FILE UNDER SEAL
THE PETITION OF PLAINTIFFS AND
CLASS MEMBERS FOR PERMISSION TO APPEAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**

Plaintiffs, by and through undersigned counsel, hereby seek an order pursuant to Fed. R. of App. P. 25.6 sealing the Petition of Plaintiffs and Class Members for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) ("Petition"). Plaintiffs also seek an order sealing the district court's Sealed Memorandum Opinion and Order entered September 1, 2023 ("Order") that is attached to the Petition.

In support thereof, Plaintiffs state that the entire Order is currently filed under seal in the District Court of New Mexico, and the Petition cites extensively to the sealed Order, which is also attached to the Petition. Thus, the Petition and its attachments should be sealed in their entirety. Plaintiffs will submit a redacted version of the Petition and Order, if necessary, after the district court enters a publicly filed redacted version of the Order pursuant to footnote 1 of the Order.

Dated: September 18, 2023.

NANCY R. LONG
  nancy@longkomer.com
**LONG, KOMER & ASSOCIATES, PA**
1800 Old Pecos Trail, Ste. A
P.O. Box 5098
Santa Fe, NM 87505
Phone: (505)982-8405

MELISSA S. WEINER
  mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Phone: (612) 389-0600
Facsimile: (612) 389-0610

Scott P. Schlesinger
**SCHLESINGER LAW OFFICES, P.A**.
1212 SE Third Ave.
Ft. Lauderdale, FL 33316
Phone: (954) 467-8800
Email: scott@schlesingerlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2023, I filed the foregoing Plaintiff's Motion to File Under Seal the Petition of Plaintiffs and Class Members for Permission to Appeal electronically with the Tenth Circuit Court of Appeals and I served by electronic means all counsel of record.

                                                                           */s/ Nancy R. Long*
                                                                           Nancy R. Long