FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

October 19, 2023

Christopher M. Wolpert
Clerk of Court

ANTHONY DUNN; EYHAN HAKSAL; MICHAEL ROBINSON; HARRY VARTANYAN; MICHAEL YANG; DOUG PYLE; NICK VADIS; THEODORE ROTHMAN; JUSTIN SPROULE; PATRICK SCOTT; RUSSELL BRATTAIN; SHANNON WHILE; C.M. LECOMPET; DANAE GRANDISON; MICHAEL LABOON; DAVE MOYER; VICTORIA CUEBAS; ASHLEY WALDOSTEVE OKSTAD; MICHAEL ANDERSON; BROOKE BALOCCA; ELIJAH BENT; CHARLENE BLEVINS; SAM BOWMAN; MATOKIE BRIM; TERRY CLIVER; CHRISTOS CHRISTOLOW; GEORGE COON; GARY CRUSE; MARGIE HARRIS; CHARLES HONSE; CLINTON HORTON; COLLIN JASS; CRISTOPHER JENSEN; SHEREEN KEITH; KELLY KEISER; ASHER KING; MARILYN KOMARINSKI; JODI KUMPULA; TOM KURTZ; RICHARD KUSICK; MIKE LAIR; TRACY LEE; KATHLEEN LELLI; ROBERT LITWIN; LINDA MACDONALD-LEWIS; RUDOLPH MILLER; RICHARD MORELOCK; DEBORAH ORRTIM PAULSON; RICHARD PEAVY; JUDY SELL; HARRISON THOMAS; DANI WEIR; TOM WEIR; KYLE WIEBE; VICKI WILSON; TIMOTHY RUGGIERO; DESIRE GUDMUNDSON; SCOTT JOHNSTON; JASON COLE; RACHAEL KING; JACQUES-RENE HEBERT; SARA BENSON; CAROL MURPHY; FRANCISCO CHAVEZ; JOSHUA HORNE; ALBERT LOPEZ;

No. 23-705
(D.C. No. 1:16-MD-02695-JB-LF)
(D. N.M.)

ABIGAIL EMMONS;

    Petitioners,

v.

SANTA FE NATURAL TOBACCO COMPANY, INC.; REYNOLDS AMERICAN, INC.; R.J. Reynolds Tobacco Company,

    Respondents.

_____

SANTA FE NATURAL TOBACCO COMPANY, INC.; REYNOLDS AMERICAN, INC.; R.J. Reynolds Tobacco Company,

    Petitioners.

v.

ANTHONY DUNN;
CEYHAN HAKSAL; MICHAEL ROBINSON; HARRY VARTANYAN; MICHAEL YANG; DOUG PYLE; NICK VADIS; THEODORE ROTHMAN; JUSTIN SPROULE; PATRICK SCOTT; RUSSELL BRATTAIN; SHANNON WHILE; C.M. LECOMPET; DANAE GRANDISON; MICHAEL LABOON; DAVE MOYER; VICTORIA CUEBAS; ASHLEY WALDOSTEVE OKSTAD; MICHAEL ANDERSON; BROOKE BALOCCA; ELIJAH BENT; CHARLENE BLEVINS; SAM BOWMAN; MATOKIE BRIM; TERRY CLIVER; CHRISTOS CHRISTOLOW; GEORGE COON; GARY CRUSE; MARGIE HARRIS; CHARLES HONSE; CLINTON HORTON; COLLIN JASS; CRISTOPHER JENSEN; SHEREEN KEITH; KELLY

No. 23-706
D.C. No. 1:16-MD-02695-JB-LF)
(D. N.M.)

2

KEISER; ASHER KING; MARILYN KOMARINSKI; JODI KUMPULA; TOM KURTZ; RICHARD KUSICK; MIKE LAIR; TRACY LEE; KATHLEEN LELLI; ROBERT LITWIN; LINDA MACDONALD-LEWIS; RUDOLPH MILLER; RICHARD MORELOCK; DEBORAH ORRTIM PAULSON; RICHARD PEAVY; JUDY SELL; HARRISON THOMAS; DANI WEIR; TOM WEIR; KYLE WIEBE; VICKI WILSON; TIMOTHY RUGGIERO; DESIRE GUDMUNDSON; SCOTT JOHNSTON; JASON COLE; RACHAEL KING; JACQUES-RENE HEBERT; SARA BENSON; CAROL MURPHY; FRANCISCO CHAVEZ; JOSHUA HORNE; ALBERT LOPEZ; ABIGAIL EMMONS,

      Respondents.

_____

**ORDER**

_____

Before **MATHESON**, **BACHARACH**, and **MORITZ**, Circuit Judges.

_____

These matters are before the court on the *Petition of Plaintiffs and Class Members for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f)* and *Defendants' Rule 23(f) Petition for Permission to Appeal*. *See* Fed. R. App. P. 5(a); Fed. R. Civ. P. 23(f). The defendants filed their *Response to Plaintiffs' Rule 23(f) Petition for Permission to Appeal* in which the defendants assert that both petitions should be granted. In contrast, the plaintiffs urge the court to grant their petition but deny the defendants' petition in their *Response to Defendants' Rule 23(f) Petition for Permission to Appeal*. In addition, the defendants filed a *Motion for Leave to Submit Reply in Support of Rule 23(f)*

3

*Petition for Permission to Appeal* along with a proposed reply. The plaintiffs informed the defendants they had no position on the motion to file a reply.

We first address two preliminary matters. We grant the defendants' motion to file a reply and direct the Clerk of this court to file the reply attached to the motion as of the date it was received. We also direct the Clerk to substitute the district court's publicly available order (ECF No. 404) for the original sealed order (ECF No. 394) attached to the plaintiffs' petition in No. 23-705 and unseal the entire petition.

Upon consideration of the petitions, the responses, the reply in No. 23-706, and the materials on file, we (1) find the petitions were timely filed, and (2) grant both petitions. On or before November 2, 2023, the parties shall pay the respective $505 filing and docketing fees to the Clerk of the U.S. District Court for the District of New Mexico. *See* Fed. R. App. P. 5(d)(1)(A). The date of this order shall serve as the date of the notices of appeal in the new matters. *Id.* 5(d)(2).

The Clerk of this court is directed to open two new cross-appeals once the Clerk of the district court notifies this court that the filing fees have been paid. *Id.* 5(d)(3).

                                      Entered for the Court
                                      CHRISTOPHER M. WOLPERT, Clerk

                                      by: Lara Smith
                                           Counsel to the Clerk